## DISCIPLINARY DOCKET

**90–2531.** Cincinnati Bar Assn. v. Sullivan. On response to show cause order. Sharon A. Sullivan is indefinitely suspended from the practice of law until she pays her costs in full.

**91–422.** Toledo Bar Assn. v. O'Connell. On request for stay of payments and board costs. Michael J. O'Connell is found in contempt and the order is placed in his file; this matter is referred to the Attorney General for collection.

## MISCELLANEOUS DISMISSALS

**91–2167.** State v. Valentine. *Lawrence County*, No. 1960. *Sua sponte*, cause dismissed for want of prosecution, effective January 14, 1992.

**91–2241.** State, ex rel. Fraternal Order of Police, Capital City Lodge No. 9, v. Perry. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective January 14, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, January 16, 1992*

## MOTION DOCKET

**91–2102.** Ohio Edison Co. v. Pub. Util. Comm. Public Utilities Commission, No. 91–04–EL–EFC. On motion for stay. Stay granted.

RESNICK, J., dissents.

**91–2339.** Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, Nos. 91–07–EL–EFC and 91–08–EL–EFC. On motion for leave to intervene of Toledo Edison Co. et al. Motion granted.

DOUGLAS, J., not participating.